IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHAN PALOZIE, Inmate #11882-014,       )<br>                                                                  )<br>           Petitioner,                              )<br>                                                                  )           CIVIL NO. 06-128-DRH<br>vs.                                                           )<br>                                                                  )<br>UNITED STATES OF AMERICA,        )<br>                                                                  )<br>           Respondent.                           ) | |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

   Currently pending before the Court is Petitioner's motion in limine (Doc. 6) and supporting memorandum (Doc. 7), filed April 12, 2006.  On March 22, 2006, the instant action was dismissed with prejudice because Petitioner was attempting to challenge a conviction and sentence not imposed in this district (Doc. 4), and the case was closed.  Accordingly, Petitioner's motion in limine (Doc. 6) is **DENIED** as moot.

   **IT IS SO ORDERED.**

   **DATED:** April 17, 2006.


                                                                              /s/   David   RHerndon
                                                                           **DISTRICT JUDGE**